◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMILIANO MARINE, Appellant. [17 NYS3d 410]—Order, Supreme Court, New York County (Daniel P. FitzGerald, J.), entered on or about November 26, 2012, which denied defendant's CPL 440.30 (1-a) motion for DNA testing, unanimously affirmed.

Regardless of the results of any testing, there is no reasonable probability, given the specific circumstances and the relationship of these items to the case, that DNA testing of a knife and certain clothing would have led to a verdict more favorable to defendant (*see People v Concepcion*, 104 AD3d 442 [1st Dept 2013], *lv denied* 21 NY3d 1003 [2013]; *People v Figueroa*, 36 AD3d 458, 459 [1st Dept 2007], *lv denied* 9 NY3d 843 [2007]). Concur—Mazzarelli, J.P., Renwick, Andrias and Manzanet-Daniels, JJ.